IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT OLLIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-CV-1181-NJR-DGW |
| | ) |
| MARCUS HODGE et al., | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that by Order dated March 20, 2015 (Doc. 75), Plaintiff's claims against Defendants Marcus Hodge, Jerry Tanner, Mark Storm, Russell Goins, Terry Childers, Bruce Eubanks, S. Erickson, Brad Stafford, Daniel Downen, R. Dismore, and M. Cecil are **DISMISSED without prejudice**.  Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety.**

DATED:  March 20, 2015

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
 Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel
NANCY J. ROSENSTENGEL
United States District Judge