**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| ROBERT OLLIE, #B-87455, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 13-1181-JPG-DGW |
| | ) | |
| MARCUS HODGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COME the Defendants, DANIEL DOWNEN, ERIC ERICKSON, BRUCE EUBANKS, RUSSELL GOINS, MARCUS HODGE, BRAD STAFFORD, MARK STORM, and JERRY TANNER, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 56, hereby move for summary judgment. In support thereof, stating as follows:

1) Plaintiff filed his Complaint on November 18, 2013 pursuant to 42 U.S.C. § 1983. alleging violations of the First, Eighth, and Fourteenth Amendments.

2) After Defendants Motion for Summary Judgment on Exhaustion, only Plaintiff's claims under the First and Fourteenth Amendment remained. (d/e 78)

3) Defendants Erickson, Tanner, and Eubank are entitled to Summary Judgment because they did not excessively search Plaintiff in retaliation for his protected conduct.

4) Defendants Hodge, Storm, Stafford, Goins, Downen, and Erickson are entitled to Summary Judgment because they did not transfer Plaintiff in retaliation for protected conduct.

5) Next, Plaintiff was not denied Equal Protection, has not evidence to support a claim and the Defendants are entitled to Summary Judgment.

6) Defendants Hodge and Storm are entitled to Summary Judgment because did not violate any due process right of Plaintiff for allegedly ignoring or failing to investigate grievances.

7) Defendants are also entitled to Summary Judgment because Plaintiff did not have any liberty interest to support a due process claim, and Plaintiff received all due process protections required under *Wolff*.

8) Finally, and in the alternative, Defendants are entitled to qualified immunity.

9) Attached hereto and incorporated by reference is a memorandum of law in support.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant their motion for summary judgment and enter judgment in their favor.

Respectfully Submitted,

DANIEL DOWNEN, ERIC ERICKSON, BRUCE EUBANKS, RUSSELL GOINS,MARCUS HODGE, BRAD STAFFORD, MARK STORM, and JERRY TANNER,

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

By: s/Dylan P. Grady
Dylan P. Grady, #6309120
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Facsimile: (217) 782-8767
E-Mail: dgrady@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| ROBERT OLLIE, #B-87455, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 13-1181-JPG-DGW |
| | ) | |
| MARCUS HODGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2015, I electronically filed the foregoing *Defendants' Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on August 3, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Robert L. Ollie Jr. #B-87455
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434

By: s/Dylan P. Grady
Dylan P. Grady, #6309120
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
Phone: (217) 782-9014
Facsimile: (217) 782-8767
E-Mail: dgrady@atg.state.il.us